No. 291. UNITED MINE WORKERS OF AMERICA *v.* RIVERSIDE COAL CO., INC. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edward L. Carey, Harrison Combs, Willard P. Owens,* and *E. H. Rayson* for petitioner.

No. 296. KADLEC ET.AL. *v.* ILLINOIS BELL TELEPHONE Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Harry R. Booth* for petitioners. *James R. Bryant, Jr.,* for respondent.

No. 373. SCHWARTZMAN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Abraham Glasser* and *Stanley J. Reiben* for petitioner. *William Cahn* for respondent.

No. 437. ATKINS *v.* GREENVILLE SHIPBUILDING CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Fountain D. Dawson* and *Samuel C. Gainsburgh* for petitioner. *J. Robertshaw* for respondent.

No. 91. WAINWRIGHT, CORRECTIONS DIRECTOR *v.* CAPPETTA. C. A. 5th Cir. Motions of respondent for leave to proceed *in forma pauperis* and for leave to file a *pro se* brief in opposition to petition for writ of certiorari granted. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, for petitioner. *Robert G. Petree* for respondent.